LAW OFFICES OF MICHAEL HOFFMAN
MICHAEL HOFFMAN 154481
22 Battery Street Ste. 1000
San Francisco CA 94111
Tel  (415) 362-1111
Fax  (415) 362-1112
e-mail: mhoffman@employment-lawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

|  |  |
|---|---|
| SANDRA CHEW, an individual | CASE NO. C 07-3525 CRB |
| Plaintiff, | JURY DEMAND |
| vs. | |
| WILLIAMS LEA INC., a Corporation; Charlotte Dolly, an individual; and DOES 1 through 100, inclusive, | |
| Defendant | |

_____

Plaintiff Requests a Trial By Jury.

Respectfully Submitted,

DATED:  July 17, 2007                    LAW OFFICES OF MICHAEL HOFFMAN

_____
MICHAEL HOFFMAN
Attorneys for Plaintiff