LAW OFFICES OF MICHAEL HOFFMAN
MICHAEL HOFFMAN 154481
22 Battery Street Ste. 1000
San Francisco CA 94111
Tel   (415) 362-1111
Fax  (415) 362-1112
e-mail: mhoffman@employment-lawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SANDRA CHEW, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAMS LEA INC, a Corporation; Charlotte Dolly, an individual; and DOES 1 through 100, inclusive,<br><br>          Defendants.<br>_____ | CASE NO. C 07-3525 CRB<br><br>**DECLARATION OF SANDRA CHEW IN SUPPORT FOR ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF**<br><br>[ 28 U.S.C. Section 1447; FRCP 12(h)(3)]<br><br>DATE; AUGUST 24, 2007<br>TIME: 10:00 AM<br>PLACE: CTRM 8, 19TH fLOOR |

I, SANDRA CHEW, declare as follows:

1.      I am the Plaintiff in this matter.

3.      I was employed with Defendant's predecessor company for 21 years, Heller Ehrman, and while I believe that I was discriminated against, based on my health condition, I feel the damage to my character through Charlotte Dolly's false statements about my honesty to be even more hurtful. I therefore understand that in this lawsuit, a primary, if not the primary thrust, is the Fourth Cause of Action for Libel. This is even more true because Charlotte Dolly stated in writing in order to terminate me in April of 2007, that I was "dishonest" for "willfully falsifying my timecard". I never was dishonest regarding my timecard, nor did I falsify the timecard.

1

4.       After having been employed in the legal field for more than two decades with a single employer, Heller Ehrman LLP, my honesty is extremely important in getting and maintaining employment. In my recent efforts to find employment, I am asked every single time why I have been terminated, or what had happened in my last position. If I am honest, I am forced and compelled to state that I was fired for time card fraud.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 20, 2007 at SF, California.

7-20-07

_____/S/_____

SANDRA CHEW

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed" signature (/S/) within this efiled document.
**/S/**
**Michael Hoffman**

2

CASE NO. C 07-3525 CRB                    DECLARATION OF SANDRA CHEW IN

SUPPORT OF MOTION FOR REMAND TO STATE COURT