**United States District Court**
For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10     SANDRA CHEW                               NO. CV 07-03525 CRB
11              Plaintiff,                      **CLERK'S NOTICE RE: FAILURE
         v.                                      TO FILE ELECTRONICALLY
12                                               AND/OR REGISTER AS AN E-
                                                 FILER**
13     WILLIAMS LEA INC.
                Defendant.
14                                            /

15
16  On **July 6, 2007**, counsel for **defendant Williams Lea Inc.** filed a **Notice of Removal (document no.
17  1)** manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4
18  and General Order 45.

19
20  The above mentioned  paper document has been filed and docketed. However, General Order 45
21  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22  presumptively designated" as e-filing cases. Therefore, counsel for **defendant Williams Lea Inc.**
23  should submit the **abovementioned document**, in PDF format within 10 days, as an attachment in an
    *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov.
24  (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has
25  been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers
26  should be e-filed.
27
28

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
2  become an ECF User and be assigned a user ID and password for access to the system upon designation
3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
5  at ecf.cand.uscourts.gov.

6  Dated: July 24, 2007                                         Maria Loo
                                                                Deputy Clerk

2