**FILED**

NOV 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 1, 2007

San Francisco Superior Court
400 McAllister Avenue
San Francisco, CA 94102

ENDORSED
**FILED**
San Francisco County Superior Court

NOV 05 2007

GORDON PARK-LI, Clerk
BY: _JEANETTE SANTOS_
                Deputy Clerk

RE: <u>CV 07-03525 CRB    SANDRA CHEW-v-WILLIAMS LEA INC.</u>
    Your Case Number: <u>(CGC 07-463769)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: <u>Maria Loo</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg